**HORTON OBERRECHT & KIRKPATRICK**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Ckirkpatrick@hortonfirm.com
Elaine D. Etingoff, Esq. (SBN 89113)
eetingoff@hortonfirm.com
3 Park Plaza, Suite 350
Irvine, CA 92614
PH:  (949) 251-5100
FX:  (949) 251-5104

Attorneys for Defendant Target Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DOREEN VOUGA-WILSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION; and DOES 1 to 5, inclusive, <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF REMOVAL BY TARGET CORPORATION.** <br><br> **JURY TRIAL DEMANDED** <br><br> Orange County Case No. **30-2021-01189250-CU-PO-CJC** <br> **Hon. Judge Nancy E. Zeltzer** <br><br> Complaint Filed:   March 12, 2021 <br><br> Trial Date:           Not Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, CLERK OF THE SUPERIOR COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION ("Target") hereby removes to this Court the state court action described below.

---

1. On March 12, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled DOREEN VOUGA-WILSON, an individual, Plaintiff vs. TARGET CORPORATION; and DOES 1 to 5, inclusive, Defendants, as Case Number **30-2021-01189250-CU-PO-CJC** (the "Action"). A true and correct copy of the Summons is attached as **Exhibit "A"**. A true and correct copy of the Complaint filed upon March 12, 2021, is attached hereto as **Exhibit "B"**.

2. Target first became aware of the Action when Target was served a copy of the Complaint on August 13, 2021, when counsel for Plaintiff caused to be served, by a process server, copies of the said Complaint and Summons, on Target's Registered Agent, CT Corporation in California. A true and correct copy of the transmittal of summons and complaint CT service of process transmittal is attached hereto as **Exhibit "C."**

3. On September 10, 2021, Target filed and served its Answer to Complaint and a Demand for Jury Trial with the California Superior Court, County of Orange. True and correct copies of Target's Answer to Complaint and Demand for Jury Trial are attached hereto as **Exhibit "D"** and **Exhibit "E"**, respectively.

5. Defendant Target is informed and believes and on that basis alleges that the amount in controversy exceeds $75,000.00.

6. This removal is filed within thirty (30) days of Defendant Target being first served with a Summons and Complaint August 13, 2021.

7. This action is a civil action for personal injury and other claims of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Target pursuant to the provisions of 28 U.S.C. § 1441(a), based upon diversity, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. In her Complaint, Plaintiff does not indicate her citizenship, but Target is informed and believes that Plaintiff was, at the time he filed the Action and still is, a

citizen of the State of California.

9. Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota.

10. Target is informed and believes, and on that basis alleges that at the time that Target filed its Answer to Plaintiff's Complaint, no other defendant named in the Complaint, nor any Doe Defendants, had been served or joined in this action.

11. The other defendants in this action are fictitiously named, designated as DOES 1 to 5, inclusive, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. § 1441(b)(1) & (2); 28 U.S.C. § 1332.

12. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process. pleadings, and orders sent to and received by Target in the State Court action, including Defendant Target's timely filed Answer dated September 9, 2021, are attached hereto as **Exhibits "A", "B", "C", "D",** and **"E"**.

13. Defendant Target hereby requests a Jury Trial of all causes of action that can be tried by jury.

14. Plaintiff did not request a Jury Trial in her Complaint.

DATED: September 10, 2021         HORTON, OBERRECHT & KIRKPATRICK

By: _____
     Cheryl A. Kirkpatrick
     Elaine D. Etingoff
     Attorneys for Defendant
     Target Corporation

3
**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

# DECLARATION OF ELAINE D. ETINGOFF

I, ELAINE D. ETINGOFF, declare as follows:

1. I am an attorney at law duly licensed to practice in the courts of the State of California and the Central District of California, and am an associate in the law firm of Horton Oberrecht & Kirkpatrick, attorneys of record for Defendant Target Corporation ("Target") herein. I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently so testify.

2. On March 12, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled DOREEN VOUGA-WILSON, an individual, Plaintiff vs. TARGET CORPORATION; and DOES 1 to 5, inclusive, Defendants, as Case Number **30-2021-01189250-CU-PO-CJC** (the "Action"). A true and correct copy of the Summons is attached as **Exhibit "A".** A true and correct copy of the Complaint filed upon March 12, 2021, is attached hereto as **Exhibit "B".**

3. Target first became aware of the Action when Target was served a copy of the Complaint on August 13, 2021, when counsel for Plaintiff caused to be served, by a process server, copies of the said Complaint and Summons, on Target's Registered Agent, CT Corporation in California. A true and correct copy of the transmittal of summons and complaint CT service of process transmittal is attached hereto as **Exhibit "C."**

4. On September 10, 2021, Target filed and served its Answer to Complaint and a Demand for Jury Trial with the California Superior Court, County of Orange. True and correct copies of Target's Answer to Complaint and Demand for Jury Trial are attached hereto as **Exhibit "D"** and **Exhibit "E"**, respectively.

5. Defendant Target is informed and believes and on that basis alleges that the amount in controversy exceeds $75,000.00.

///

6. This removal is filed within thirty (30) days of Defendant Target being first served with a Summons and Complaint August 13, 2021.

7. This action is a civil action for personal injury and other claims of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Target pursuant to the provisions of 28 U.S.C. § 1441(a), based upon diversity, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. In her Complaint, Plaintiff does not indicate her citizenship, but Target is informed and believes that Plaintiff was, at the time he filed the Action and still is, a citizen of the State of California.

9. Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota.

10. Target is informed and believes, and on that basis alleges that at the time that Target filed its Answer to Plaintiff's Complaint, no other defendant named in the Complaint, nor any Doe Defendants, had been served or joined in this action.

11. The other defendants in this action are fictitiously named, designated as DOES 1 to 5, inclusive, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. § 1441(b)(1) & (2); 28 U.S.C. § 1332.

12. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process. pleadings, and orders sent to and received by Target in the State Court action, including Defendant Target's timely filed Answer dated September 9, 2021, are attached hereto as **Exhibits "A", "B", "C", "D",** and **"E"**.

13. Defendant Target hereby requests a Jury Trial of all causes of action that can be tried by jury.

14. Plaintiff did not request a Jury Trial in her Complaint.

I declare under penalty of perjury under the laws of the State of California that the

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

foregoing Declaration is both true and correct.

Executed on this 10th day of September, 2021, at Los Angeles, California.

*Elaine D. Etingoff*
_____
ELAINE D. ETINGOFF

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT & KIRKPATRICK, 3 Park Plaza, Suite 350, Irvine, California 92614.

On September 10, 2021, I served the foregoing document described as: **NOTICE OF REMOVAL BY TARGET CORPORATION,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ X ]  **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]  **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]  (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2021, at Irvine, California.

*/s/ Crystal Thompson*

Crystal Thompson

# SERVICE LIST

Vouga-Wilson v. Target Corporation
Superior Court of Orange County: 30-2021-01208162-CU-PO-CJC

| Jade N. Tran, Esq. SBN 216014<br>KOHAN & BABLOVE, LLP<br>1101 Dove Street, Suite 220<br>Newport Beach, CA  92660<br>949/ 535-1301<br>jtran@kbtriallawyers.com | Attorneys for Plaintiff<br>DOREEN VOUGA-WILSON |
|---|---|